```
1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR218-KJM |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS AND ORDER |
| v. | |
| JUAN MIRANDA NARANJO and JORGE HERNANDEZ-CHAVEZ, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reasons.

Due to the age of this case and futile efforts to apprehend the defendants, the United States moves to dismiss the indictment as to the above-captioned defendants and requests that the Court withdraw the arrest warrants.

Dated: September 19, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this 21st day of September, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE